1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEREMY S. KROGER, CA Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   SUKHDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:09-MJ-00242 DLB |
|---|---|
| Plaintiff, | ) |
| | ) APPLICATION FOR ORDER FOR RETURN OF |
| v. | ) PASSPORT; ORDER |
| | ) |
| SUKHDEEP SINGH, | ) |
| | ) |
| Defendant. | ) Magistrate Judge: Hon. Dennis L. Beck |

Defendant, Sukhdeep Singh, through counsel, Jeremy S. Kroger, hereby moves the Court for an order for the return of Mr. Singh's passport. Mr. Singh was ordered to surrender his passport to the Clerk of the Court in order to secure his appearance at his sentencing early last year. Mr. Singh appeared at his sentencing hearing, and was sentenced by this Court, on February 11, 2010. As part of his sentence, he is currently under the supervision of United States Probation Officer Marlene DeOrian. The undersigned has spoken with Ms. DeOrian and she does not object to the return of Mr. Singh's passport.

///
///
///
///
///

Accordingly, Mr. Singh respectfully requests that the Court order that his passport be returned to the Office of the Federal Defender for return to Mr. Singh.

Dated: September 1, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Sukhdeep Singh

## **ORDER**

**IT IS HEREBY ORDERED** that Mr. Singh's passport be returned to the Office of the Federal Defender for return to Mr. Singh. On the case docket item #11, dated December 8, 2009: Collateral Received as to Sukhdeep Singh: India Passport from Sukhdeep Singh, Passport Number E4708606.

IT IS SO ORDERED.

Dated:  September 2, 2011          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE